IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCTAVIANA MONSIVAIS, )
)
        Plaintiff, )
)
vs. )
)
HOWARD, SOLOCHEK, )
& WEBER, S.C., )
)
        Defendant. )

## COMPLAINT

### INTRODUCTION

1. Plaintiff Octaviana Monsivais brings this action to secure redress against unlawful credit and collection practices engaged in by defendant Howard, Solochek, & Weber, S.C.

2. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §§1331 and 1337 and 15 U.S.C. § 1692k (FDCPA).

4. Venue and personal jurisdiction over defendant in this District is proper because defendant's actions impacted plaintiff here, because a material part of the events occurred here.

### PARTIES

5. Plaintiff Octaviana Monsivais is an individual who resides in Aurora, Illinois.

6. Defendant Howard, Solochek, & Weber, S.C., is a law firm organized as a Wisconsin professional corporation with offices at 1845 North Farwell Avenue, Suite 301,

1

Milwaukee, Wisconsin 53202.

7. Defendant Howard, Solochek, & Weber, S.C., regularly attempts to collect consumer debts allegedly owed to others, using the mails and telephones for that purpose.

8. Defendant Howard, Solochek, & Weber, S.C., is a debt collector as defined in the FDCPA.

## FACTS

9. Defendant Howard, Solochek, & Weber, S.C., has been attempting to collect from plaintiff a medical debt, incurred with Kinex Medical Company, LLC, and incurred for personal, family or household purposes.

10. On July, 23, 2012, plaintiff filed a Chapter 7 bankruptcy in the Northern District of Illinois, case 12 B 29114. Among the debts scheduled and discharged was the Kinex Medical Company. The discharge was granted on December 3, 2012.

11. The Bankruptcy Court sent notice of the filing to Kinex Medical Company, LLC, BIN 88112, Milwaukee, Wisconsin 53288. A copy of the notice and certificate of service is attached as Exhibit A.

12. The Bankruptcy Court also sent notice of the discharge to Kinex Medical Company, LLC, BIN 88112, Milwaukee, Wisconsin 53288. A copy of the notice and certificate of service is attached as Exhibit B.

13. Notwithstanding the discharge, defendant has continued to attempt to collect the debt.

14. On more than one occasion between May 2014 and January 2015, representatives of Howard, Solochek, & Weber, S.C., have sent debt collection notices plaintiff for the purpose of collecting the discharged debt, attached as Exhibits C-H.

15. Exhibit D claims that plaintiff agreed to pay the discharged debt.

16. Plaintiff made no such agreement.

17. Defendant's actions have harassed plaintiff and deprived her of the "fresh

start" afforded by the bankruptcy laws.

## COUNT I – FDCPA

18. Plaintiff incorporates paragraphs 1-17.

19. This claim is against Howard, Solochek, & Weber, S.C.

20. Defendant violated 15 U.S.C. §1692e by:

   a. Sending notices to plaintiff for the purpose of collecting a discharged debt;

   b. Sending notices purporting to document an agreement to pay the discharged debt when no agreement was made.

21. Section 1692e provides:

**§ 1692e. False or misleading representations [Section 807 of P.L.]**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

   **(2) The false representation of--**

   **(A) the character, amount, or legal status of any debt; . . .**

   **(10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendant Howard, Solochek, & Weber, S.C., for:

   (1) Actual damages;

   (2) Statutory damages;

   (3) Attorney's fees, litigation expenses and costs of suit;

   (4) Such other and further relief as the Court deems proper.

s/Daniel A. Edelman

3

                                            Daniel A. Edelman

Daniel A. Edelman  
Cathleen M. Combs  
James O. Latturner  
EDELMAN, COMBS, LATTURNER  
     & GOODWIN, LLC  
20 S. Clark Street, Suite 1500  
Chicago, Illinois 60603  
(312) 739-4200  
(312) 419-0379 (FAX)  
T:\30963\Pleading\Complaint_Pleading.wpd

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

                                              s/Daniel A. Edelman
                                              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

5